IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELO ANTHONY BARRETT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL WENEROWICZ, et al. | : | NO. 14-4879 |

FILED
SEP - 2 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ORDER

AND NOW, this 2nd day of September, 2014, upon consideration of the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254, for the reasons provided in the accompanying Memorandum, it is hereby ORDERED that the case is TRANSFERRED to the United States District Court for the Western District of Pennsylvania, pursuant to 28 U.S.C. § 2241(d).

BY THE COURT:

_L. Restrepo_
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE